# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **ATLANTIC CASUALTY INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § | |
| **V.** | § § | |
| **ROBERT RAMIREZ, individually and d/b/a LBJ TRUCKING CO., INC., LBJ TRUCKING CO., INC., CLEM'S YE OLDE HOMESTEAD FARMS, LTD., BETTYE CRIDER CLEM, CLARENCE TRUMAN CLEM, KELLY CLEM, and CLARENCE T. "CASEY" CLEM, JR.,** | § § § § § § § § § § § | **CIVIL ACTION NO. 3:07-CV-1297-K**  **ECF** |
| **Defendants.** | § § | |

## PLAINTIFF ATLANTIC CASUALTY INSURANCE COMPANY'S APPENDIX TO ITS MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description | Appendix Pages |
|---|---|---|
| 1 | Complaint in the Underlying Lawsuit, *Clem's Ye Olde Homestead Farms, Ltd., et al v. Briscoe, et al*, case 4:07-CV-0285-RAS-DDB in the United States District Court for the Eastern District of Texas, Sherman Division | 1-22 |
| 2 | Atlantic Casualty policy 4/27/04 – 4/27/05 | 23-61 |
| 3 | Atlantic Casualty policy 4/28/05 – 4/28/06 | 62-105 |
| 4 | Declaration of Camille Johnson | 106-107 |