IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## SPECIAL ORDER NO. 3-269

Effective December 11, 2007, the cases listed on Exhibit A to this order are transferred from Judge Kinkeade's docket to Judge O'Connor's docket and shall henceforth be designated by the suffix letter "O."

The Clerk of Court is directed to notify each attorney by providing the attorney a copy of this order and Exhibit A.

**SO ORDERED**.

December 11, 2007.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

*Exhibit A*

# CASES TO BE TRANSFERRED
# FROM THE DOCKET OF JUDGE ED KINKEADE
# TO JUDGE REED O'CONNOR

1. 3:06-CV-0259-K    Smith v. Nokia

2. 3:06-CV-1170-K    Schreiber v. City of Garland

3. 3:06-CV-2106-K    Hobbs v. City of Dallas

4. 3:06-CV-2237-K    First National Insurance v. Burden, et al.

5. 3:07-CV-0015-K    Brokaw v. DISD, et al.

6. 3:07-CV-0321-K    AE Marketing, et al. v. The Heritage Organization LLC, et al.

7. 3:07-CV-0616-K    Horner v. Compuware

8. 3:07-CV-0631-K    Drake v. Harris, et al.

9. 3:07-CV-0700-K    Provident Financial, Inc., v. Strategic Energy, LLC

10. 3:07-CV-0752-K    Phelan v. City of Dallas

11. 3:07-CV-0976-K    GW Equity v. Xcentric Ventures, LLC, et al.

12. 3:07-CV-1017-K    Capital One v. Glass, et al.

13. 3:07-CV-1128-K    GW Equity v. Vercor, LLC, et al.

14. 3:07-CV-1297-K    Atlantic Casualty Insurance Company v. Ramirez, et al.

15. 3:07-CV-1435-K    Hensel Phelps Construction v. Cleveland Wrecking