UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TO: All Attorneys of Record Appearing in a Case Listed on the Attached Exhibit A

ORDER REGARDING TRANSITION

This case was recently transferred to this Court's docket. In order to provide for an efficient transition, the court ORDERS as follows:

All existing scheduling orders, trial settings and referrals to magistrate judges are adopted and remain in full force and effect. Due to the random nature of the transfer process, some months have a disproportional number of cases set for trial. In order to equalize the number of cases set for trial each month, it may be necessary to move some cases back one month. That decision will be made on a case by case basis and the parties will be notified if their case is chosen for such a move. Over time the court intends to shift to a two week trial docket. Until further notice is provided, cases remain on whatever length trial docket was established by order of the transferring judge.

**SO ORDERED** on this 13th day of December, 2007.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| | | |
|---|---|---|
| 1. | 3:06-CV-1063 | Internetad Systems LLC v. Turner Broadcasting System Inc et al |
| 2. | 3:06-CV-1776 | Miller v. State Farm Mutual Autobmobile Insurance Company |
| 3. | 3:06-CV-1936 | Garcia v. Boyar & Miller P.C. et al |
| 4. | 3:06-CV-2067 | Adame et al v. DaimlerChrysler Corporation |
| 5. | 3:06-CV-2148 | TR Hoover Community Dev Corporation et al v. City of Dallas et al |
| 6. | 3:06-CV-2299 | Bruner v. Guaranty Bank |
| 7. | 3:06-CV-2311 | Stewart v. Ford Motor Company |
| 8. | 3:06-CV-2343 | Dittrich v. Honeywell International, Inc |
| 9. | 3:07-CV-0135 | Chanel Inc v. Diamond Eyes LLC et al |
| 10. | 3:07-CV-0636 | Black/White & Associates Insurance Brokers Inc v. Espinosa et al |
| 11. | 3:07-CV-1147 | Duenas et al v. Hyatt Corporation |
| 12. | 3:07-CV-1330 | TurboChef Technologies Inc et al v. Enodis Corporation et al |
| 13. | 3:07-CV-1332 | Evans Systems Incorporated v. Wicks et al |
| 14. | 3:07-CV-1384 | Nova Capital LLC et al v. The Bryce Company LLC et al |
| 15. | 3:07-CV-1469 | Philadelphia Indemnity Insurance Co v. Hallmark Claims Service Inc. |
| 16. | 3:06-CV-0135 | Sanijet Corp. v. Beauty Mall, Ltd. |
| 17. | 3:06-CV-1127 | Rosser v. Raytheon Excess Pension Plan |
| 18. | 3:06-CV-1415 | Empire Indemnity Ins. Co. v. Allstate County Mutual Ins. Co. |
| 19. | 3:06-CV-1416 | Emke v. Compana LLC |
| 20. | 3:06-CV-1420 | Retro 1951, Inc. v. Custom Zone, Inc. |
| 21. | 3:06-CV-2244 | Signtronix, Inc. v. General Sign, Inc. |
| 22. | 3:06-CV-2325 | McKay v. Dallas Independent School District |
| 23. | 3:07-CV-0219 | Ellis v. Consolidated Graphics Inc. Welfare Benefit Plan |
| 24. | 3:07-CV-296 | Dexas International LTD v. Saunders MFG Co., Inc. |
| 25. | 3:07-CV-0465 | Allstate Texas Lloyds v. Sunbeam Products, Inc. |
| 26. | 3:07-CV-0945 | Inclusive Communities Project Inc. v. HUD |
| 27. | 3:07-CV-1422 | Positive Software Solutions, Inc. v. Susman Godfrey LLP |
| 28. | 3:07-CV-1488 | Gillani Consulting, Inc. v. Ferguson Enterprises Inc. |
| 29. | 3:07-CV-1695 | Heeling Sports Ltd. v. Wal-Mart Stores, Inc. |
| 30. | 3:07-CV-1782 | Jomar Oil LLC v. Enerytec Inc. |
| 31. | 3:06-CV-0399 | Covenant v. Soil Savers |
| 32. | 3:06CV1114 | Barcenas v. Flesher |
| 33. | 3:06-CV-1879 | Braatz v. Moore |
| 34. | 3:06-CV-2406 | L&S Plumbing v. Am. Standard |
| 35. | 3:07-CV-0193 | Baldwin v. Transunion Credit Info |
| 36. | 3:07-CV-0815 | Friedman v. Porter |
| 37. | 3:07-CV-0924 | Great Am. V. AFS/IBEX |
| 38. | 3:07-CV-1024 | Gilley v. Pollock |
| 39. | 3:07-CV-1444 | Johnson v. Barr |
| 40. | 3:07-CV-1602 | Patterson v. Long Beach Mortgage |
| 41. | 3:07-CV-1683 | Boatman v. UPS |
| 42. | 3:07-CV-1765 | Lillard v. Chapman |
| 43. | 3:07-CV-1922 | Ellipse v. Caven |

| | | |
|---|---|---|
| 44. | 3:06-CV-0259 | Smith v. Nokia |
| 45. | 3:06-CV-1170 | Schreiber v. City of Garland |
| 46. | 3:06-CV-2106 | Hobbs v. City of Dallas |
| 47. | 3:06-CV-2237 | First National Insurance v. Burden, et al. |
| 48. | 3:07-CV-0015 | Brokaw v. DISD, et al. |
| 49. | 3:07-CV-0321 | AE Marketing, et al. v. The Heritage Organization LLC, et al. |
| 50. | 3:07-CV-0616 | Horner v. Compuware |
| 51. | 3:07-CV-0631 | Drake v. Harris, et al. |
| 52. | 3:07-CV-0700 | Provident Financial, Inc., v. Strategic Energy, LLC |
| 53. | 3:07-CV-0752 | Phelan v. City of Dallas |
| 54. | 3:07-CV-0976 | GW Equity v. Xcentric Ventures, LLC, et al. |
| 55. | 3:07-CV-1017 | Capital One v. Glass, et al. |
| 56. | 3:07-CV-1128 | GW Equity v. Vercor, LLC, et al. |
| 57. | 3:07-CV-1297 | Atlantic Casualty Insurance Company v. Ramirez, et al. |
| 58. | 3:07-CV-1435 | Hensel Phelps Construction v. Cleveland Wrecking |
| 59. | 3:06-CV-0616 | Joovy LLC, et al., v. Baby Trend Inc., et al. |
| 60. | 3:06-CV-1672 | City of Pontiac Policeman's and Fireman's Retirement System, Derivatively on behalf of Fossil, Inc., v. Kartsotis, et al. |
| 61. | 3:06-CV-2370 | Krames, et al. v. Bohannon Holman, LLC, et al. |
| 62. | 3:07-CV-0168 | Cooke v. Cooke, et al. |
| 63. | 3:07-CV-0264 | Primerica Life Ins. v. Baccus, et al. |
| 64. | 3:07-CV-0666 | Carraker Corp. v. Cannon, et al. |
| 65. | 3:07-CV-0955 | Vella v. Kartsotis |
| 66. | 3:07-CV-1462 | Glazer's Wholesal Drug Co. v. New Belgium Brewing Co. |
| 67. | 3:07-CV-1586 | O'Neal v. American Commercial Security Services, et al. |
| 68. | 3:07-CV-1703 | Hervey v. Nestle |
| 69. | 3:07-CV-1705 | Nguyen v. Synergistic Techs., Inc. |
| 70. | 3:07-CV-1893 | Cardinal Health v. Terrell Healthcare L.P. |
| 71. | 3:07-CV-1905 | Norfolk S. Railway Co. v. Trinity Indus., Inc. |
| 72. | 3:07-CV-1911 | Couch v. Squyres |
| 73. | 3:07-CV-1915 | Forman v. New Werner Holding Co., Inc. |
| 74. | 3:06-CV-1006 | Daboh v. Baylor Health Care System |
| 75. | 3:06-CV-1479 | Patino v. Lawyers Title |
| 76. | 3:06-CV-1715 | Miller v. Meritage Homes |
| 77. | 3:06-CV-1823 | Rundus v. City of Dallas |
| 78. | 3:06-CV-1960 | Powell, et al. v. The Dallas Morning News LP, et al. |
| 79. | 3:07-CV-0214 | Team Healthcare/Diagnostic Corporation v. Aetna Life Ins. Co., et al. |
| 80. | 3:07-CV-0476 | Muise v. Dallas County, et al. |
| 81. | 3:07-CV-0495 | Snaza, et al. v. StudentCity.com |
| 82. | 3:07-CV-0723 | BB Energy L.P. v. Devon Energy |
| 83. | 3:07-CV-1193 | Jefferson Pilot Financial Ins. Co. v. Brackenridge |
| 84. | 3:07-CV-1308 | Texas International Property Associates v. Sports Holdings, Inc. |
| 85. | 3:07-CV-1361 | Ferguson v. Arrow Magnolia Intl. |
| 86. | 3:07-CV-1458 | DFW Window Inc. v. Window Depot, et al. |
| 87. | 3:07-CV-1480 | IBEW-NECA Southwestern Health & Benefit Fund v. |

|     |             | McDaniel |
| --- | ----------- | -------- |
| 88. | 3:07-CV-1725 | Gray v. Blue Cross/Blue Shield |
| 89. | 3:99-CV-1196 | Bollore v. Import Warehouse |
| 90. | 3:02-CV-0605 | SEC v. Resource Dev. Int'l |
| 91. | 3:04-CV-0633 | Warfield v. Carnie |
| 92. | 3:04-CV-2217 | Fortis Benefits v. Torres |
| 93. | 3:04-CV-2440 | Nat'l Union v. People's |
| 94. | 3:04-CV-2700 | USA v. Alrod Enterprises |
| 95. | 3:05-CV-0197 | Riley v. Servicios Maritimos |
| 96. | 3:05-CV-1457 | Warfield v. Arpe |
| 97. | 3:05-CV-1537 | Warfield v. Slaney |
| 98. | 3:05-CV-1601 | Excel Realty v. Retail Initiative |
| 99. | 3:05-CV-1755 | Solis v. Kohls |
| 100. | 3:05-CV-2287 | Johnson v. Potter |
| 101. | 3:05-CV-2523 | Phillips v. Green Tree |
| 102. | 3:06-CV-0162 | SEALED |
| 103. | 3:06-CV-0353 | Pope-Edards v.GMAC |
| 104. | 3:06-CV-0449 | Jordan v. Federated Retail |
| 105. | 3:06-CV-0542 | Bimpex v. Stardust |
| 106. | 3:06-CV-0587 | Dieb v. USA |
| 107. | 3:06-CV-0759 | Nova Produce v. Five Star |
| 108. | 3:06-CV-0841 | Salazar v. USA |
| 109. | 3:06-CV-1130 | Granbury Exploration v. Encana Oil |
| 110. | 3:06-CV-1357 | Lester v. Lester |
| 111. | 3:06-CV-1373 | Maxi-Seal Harness v. Anglin |
| 112. | 3:06-CV-1457 | Verizon v. Brown |
| 113.. | 3:06-CV-1460 | Powell v. Sani |
| 114. | 3:06-CV-1758 | Warfield v. Manzer |
| 115. | 3:06-CV-1792 | SEALED |
| 116. | 3:06-CV-1845 | Neill v. Vickery |
| 117. | 3:06-CV-1917 | Graham v. DISD |
| 118. | 3:06-CV-1922 | Dallas & Mavis v. Pacific Motor |
| 119. | 3:06-CV-2126 | Bell v. Amlink |
| 120. | 3:06-CV-2209 | Hill v. Chesapeake Life |
| 121. | 3:06-CV-2248 | Escamilla v. Quarterman |
| 122. | 3:06-CV-2289 | US v. Dobbs |
| 123. | 3:06-CV-2395 | Ford v. North Am Wireless |
| 124. | 3:07-CV-0031 | Calhoun v. Ameriquest |
| 125. | 3:07-CV-0153 | HNTB v. Hulme |
| 126. | 3:07-CV-0253 | Cycle Sport v. Dinli Metal |
| 127. | 3:07-CV-0300 | SEALED |
| 128. | 3:07-CV-0364 | Young v. Dallas County |
| 129. | 3:07-CV-0473 | Smith v. Health Care Service |
| 130. | 3:07-CV-0474 | Sorensen v. USA |
| 131. | 3:07-CV-0505 | Atlantic Recording v. Cortina |
| 132. | 3:07-CV-0513 | Reynolds v. Dallas County |
| 133. | 3:07-CV-0601 | Allen v. Byrne |
| 134. | 3:07-CV-0654 | Parker v. Int'l Painters |

| | | |
|---|---|---|
| 135. | 3:07-CV-0694 | Foster v. Regis Trade |
| 136. | 3:07-CV-0966 | Data Management v. Control Module |
| 137. | 3:07-CV-1065 | Redish v. Yellow Transportation |
| 138. | 3:07-CV-1114 | Ray v. Experian |
| 139. | 3:07-CV-1126 | Izzedin v. Perkins |
| 140. | 3:07-CV-1194 | Nguyen v. Synergistic Tech |
| 141. | 3:07-CV-1286 | Ford v. Lindsay |
| 142. | 3:07-CV-1312 | Kuykendall v. City of Grand Prairie |
| 143. | 3:07-CV-1325 | Htach v. Mayer |
| 144. | 3:07-CV-1336 | Carroll v. Blair Demonico |
| 145. | 3:07-CV-1387 | Hughes v. Walmart Stores |
| 146. | 3:07-CV-1400 | Alvarez v. Ericsson |
| 147. | 3:07-CV-1412 | FLS Miljo Inc. v. Munters Corp. |
| 148. | 3:07-CV-1413 | Smith v. City of Dallas |
| 149. | 3:07-CV-1438 | SEALED |
| 150. | 3:07-CV-1450 | Miller v. Redflex |
| 151. | 3:07-CV-1478 | USA v. Real Property |
| 152. | 3:07-CV-1482 | Atlantic Casualty v. Runnels |
| 153. | 3:07-CV-1500 | Kessler v. Varta Microbattery |
| 154. | 3:07-CV-1557 | Jackson v. Texas Workforce |
| 155. | 3:07-CV-1581 | Ensco v. Lloyds International |
| 156. | 3:07-CV-1588 | Horizon Dist. v. GP & E |
| 157. | 3:07-CV-1608 | Rawlings v. Travelers |
| 158. | 3:07-CV-1636 | Gunther v. Atmos |
| 159. | 3:07-CV-1638 | SEALED |
| 160. | 3:07-CV-1642 | Kimco Birmingham v. Third Creek |
| 161. | 3:07-CV-1663 | Martin v. UT Southwestern |
| 162. | 3:07-CV-1689 | Thomas v. City of Fort Worth |
| 163. | 3:07-CV-1718 | St. Joseph v. Simmons |
| 164. | 3:07-CV-1722 | Kim v. City of Irving |
| 165. | 3:07-CV-1757 | Mason v. City of Dallas |
| 166. | 3:07-CV-1801 | Barlebella v. Energytec |
| 167. | 3:07-CV-1851 | Jones v. Sonic Auto |
| 168. | 3:07-CV-1864 | Montgomery v. Derer |
| 169. | 3:07-CV-1867 | Brown v. Home Depot |
| 170. | 3:07-CV-1868 | Eduarda v. DISD |
| 171. | 3:07-CV-1869 | West Coast Dist v. Pearce |