IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 3-07-CV-1297-F |
| ROBERT RAMIREZ, ET AL | § § § | |
| Defendants. | § | |

## ORDER

**IT IS HEREBY ORDERED** that the above entitled and numbered cause is set for **STATUS CONFERENCE** in Courtroom 1546, United States Courthouse, 1100 Commerce Street, Dallas, Texas on Friday, June 12, 2009 at 9:00 a.m.

It is so **ORDERED.**

SIGNED this 28th day of May, 2009.

    /S/ ROYAL FURGESON
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE